**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| CN OF GB, INC., <br> d/b/a CNAC OF BALTIMORE, <br><br> Plaintiff <br> v. <br><br> FIRST TENNESSEE BANK NATIONAL ASSOCIATION, *et al.* <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br> Civil Action No.: 1:22-cv-01445 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Patrick D. Hanlon of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as counsel for Defendants First Horizon Bank, the successor by conversion to First Tennessee Bank National Association, and First Tennessee Bank National Association.

Respectfully submitted,

   */s/ Patrick D. Hanlon*
Patrick D. Hanlon (Fed. Bar No. 21723)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.
100 Light Street
Baltimore, MD 21202
Tel: 410-862-1176
Fax: 410-547-0699
Email: phanlon@bakerdonelson.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July 2022, the foregoing Notice of Entry of Appearance was served via the Court's CM/ECF system on all counsel of record.

                                                           */s/ Patrick D. Hanlon*
                                             Patrick D. Hanlon (Fed. Bar No. 21723)