IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CN OF GB, INC., <br> d/b/a CNAC OF BALTIMORE, <br> <br> Plaintiff <br> v. <br> <br> FIRST TENNESSEE BANK NATIONAL ASSOCIATION, *et al*. <br> <br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * | <br> <br> <br> <br> Civil Action No.: 1:22-cv-01445 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
**MOTION FOR SUMMARY JUDGMENT**

Defendant First Horizon Bank, successor by conversion to First Tennessee Bank National Association[1] ("First Horizon" or "Defendant"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Complaint of CN of GB, Inc. ("CNAC" or "Plaintiff") for failure to state a claim upon which relief may be granted. In the alternative, should the Court consider materials beyond the Complaint, Defendant moves for summary judgment pursuant to Federal Rule of Civil Procedure 12(d). The bases for Defendant's Motion are set forth in the contemporaneously filed Memorandum in Support.

---

[1] Plaintiff's Complaint and Prayer for Jury Trial identifies First Tennessee Bank National Association ("First Tennessee Bank") and First Horizon Bank as separate defendants. They are in fact the same legal entity. In 2019, First Horizon Bank became the successor to First Tennessee Bank when First Tennessee Bank converted from a national bank into a Tennessee state-chartered bank and changed its name to First Horizon Bank at that time.

      Respectfully Submitted,


      <u>  /s/   **Patrick D. Hanlon**      </u>
Patrick D. Hanlon, Fed. Bar No. 21723
phanlon@bakerdonelson.com
100 Light Street, 19th Floor
Baltimore, MD 21202
Phone:  410-862-1176
Fax:  410-547-0699
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of July, 2022, a copy of the foregoing *Motion to Dismiss or, in the Alternative, Motion for Summary Judgment* was filed with the United States District Court for the District of Maryland, and served, electronically, on all counsel of record, via the Court's CM/ECF e-filing system.

                                               /s/   **Patrick D. Hanlon**
                                       Patrick D. Hanlon, Fed. Bar No. 21723